IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Kathryn Olivia Hamre,<br><br>Debtor. | Bankruptcy No. 13-18969-mdc<br><br>Chapter 13<br><br>Doc. No. 3-1 and 4-1 and 5-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 3-1) and Proof of Claim (claim number 4-1) and Proof of Claim (claim number 5-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 3-1) and Proof of Claim (including attachments) (claim number 4-1) and Proof of Claim (including attachments) (claim number 5-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 3-1 on the Claims Register and Proof of Claim filed as claim number 4-1 on the Claims Register and Proof of Claim filed as claim number 5-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** June 18, 2019.

Dated: June 3, 2019

BY THE COURT:

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE