IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Kathryn Olivia Hamre,<br><br>Debtors. | Bankruptcy No. 13-18969-mdc<br><br>Chapter 13<br><br>Doc. No. 8-1 |
|---|---|

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (clam number 8-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (clam number 8-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as Claim 8-1 on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated documents provided.

Dated: February 3, 2020

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE